# United States Court of Appeals
## For the First Circuit

No. 00-2290

JUAN R. ORTIZ-GONZALEZ,

Plaintiff, Appellee,

v.

FONOVISA,

Defendant, Appellant.

No. 01-1004

JUAN R. ORTIZ-GONZALEZ,

Plaintiff, Appellee,

v.

DISTRIBUIDORA NACIONAL DE DISCOS, INC.,

Defendant, Appellant.

ERRATA SHEET

The opinion of this court issued on January 17, 2002, is amended as follows:

On page 3, line 1, replace "**Senior Circuit Judge**" with "**<u>Senior Circuit Judge</u>**".

On page 3, line 20, replace "*" with "[1]", and make same change in footnote.  Make similar replacement for all other footnotes (2 through 9).

On page 12, line 2, replace "waived" with "waved".